UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:21-cv-00541-SRM-DFM Date: April 14, 2025

Title: Think20 Labs LLC v. Perkinelmer Health Sciences Inc

Present: **HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

Attorneys Present for Plaintiff:
Not Present

Attorneys Present for Defendant:
Not Present

**PROCEEDINGS: SCHEDULING ORDER**

The court, having reviewed the pleadings, docket, and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), considers this case ready to commence trial proceedings. Notwithstanding the court's Civil Trial Order filed concurrently herewith, the court sets the following schedule:

| | |
|---|---|
| Check one: ☒ Jury Trial or ☐ Bench Trial **[Tuesday at 9:00 a.m.]** | **10/28/2025** |
| Parties' *Estimated* Trial Length | **7-10 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 2:00 p.m.]** | **10/9/2025** |
| Last Date to **Hear** Motion to Amend Pleadings or Add Parties **[Thursday]** | **NO CHANGE** |
| Fact Discovery Cut-Off | **NO CHANGE** |
| Expert Disclosure (Initial) | **NO CHANGE** |
| Expert Disclosure (Rebuttal) | **NO CHANGE** |
| Expert Discovery Cut-Off | **NO CHANGE** |
| Last Date to **Hear** Motions **[Thursday]** | **NO CHANGE** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one: ☐ 1. Magistrate Judge<br>☐ 2. Court Mediation Panel<br>☒ 3. Private Mediation | **7/31/2025** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:21-cv-00541-SRM-DFM Date: April 14, 2025
Title: Think20 Labs LLC v. Perkinelmer Health Sciences Inc

| | |
|---|---|
| Trial Filings (first round)[1]<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | **9/11/2025** |
| Trial Filings (second round)[2]<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **9/25/2025** |

**cc: ADR** Initials of Deputy Clerk: mku

[1] The parties are advised that if a discrepancy exists between the Court's Civil Standing Order and this Scheduling Order, as they pertain to deadlines for motions *in limine*, this Scheduling Order shall control.
[2] The parties are advised that if a discrepancy exists between the Court's Civil Standing Order and this Scheduling Order, as they pertain to deadlines for motions *in limine*, this Scheduling Order shall control