FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY NB DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

THINK20 LABS LLC,

Plaintiff,

v.

PERKINELMER HEALTH SCIENCES INC.,

Defendant.

Case No. 8:21-cv-00541-DFM

SPECIAL VERDICT FORM

# SPECIAL VERDICT FORM

We the jury unanimously answer the questions submitted to us as follows:

## SECTION I

## COUNTS I/III

## FRAUDULENT MISREPRESENTATION OR OMISSION

**As you answer questions in this Section I, if your answer to any of Questions 1-6 is "no," skip the remaining questions in this section and go to Section II.**

1. Did Think20 prove that PerkinElmer either made a false representation of a material fact to Think20 or omitted to disclose a material fact to Think20 when under a duty to speak?

_✓_Yes ___ No

2. Was the false statement or omission about a fact important to Plaintiff's decision to purchase instruments from PerkinElmer?

_✓_Yes ___ No

3. Did Think20 prove that PerkinElmer knew that its representation or omission was false or misleading or that PerkinElmer made the representation or omission recklessly and without regard for its truth?

_✓_Yes ___ No

4. Did Think20 prove that PerkinElmer intended Think20 to rely on the false representation or omission?

✓ Yes ___ No

5. Did Think20 prove that Think20 reasonably relied on the false representation or omission?

✓ Yes ___ No

6. Did Think20 prove that its reasonable reliance on PerkinElmer's false representation or omission caused it financial harm?

___ Yes ✓ No

**Continue to Question 7 in Section II.**

## SECTION II

## COUNT II

## NEGLIGENT MISREPRESENTATION

**As you answer the questions in this Section II, if your answer to any of Questions 7-12 is "no," stop answering questions in this Section and:**

**(a) If you also answered "no" to any of Questions 1-6 in Section I, you have completed your verdict. Skip to Section VI.**

**(b) If you answered "yes" to all of Questions 1-6 in Section I, go to Section III.**

7. Did Think20 prove that PerkinElmer made a false representation of a material fact to Think20?

_✓_Yes ___ No

8. Was the false representation made in the course of PerkinElmer's business or in a transaction in which PerkinElmer had a financial interest?

_✓_Yes ___ No

9. Did Think20 prove that the false representation was made for Think20's guidance in a business transaction?

_✓_Yes ___ No

10. Did Think20 prove that PerkinElmer failed to use reasonable care in making the false representation?

_✓_Yes ___ No

11. Did Think20 prove that Think20 reasonably relied on the false representation?

_✓_Yes ___ No

12. Did Think20 prove that its reasonable reliance on PerkinElmer's false representation caused it financial harm?

___Yes _✓_ No

12A. Did Think20 prove that PerkinElmer was grossly negligent in making the false representation?

___Yes ___ No

**Continue to Question 13 in Section III.**

## SECTION III

**Answer the questions in this Section III only if you answered "yes" to all of Questions 1-6 in Section I, "yes" to all of Questions 7-12 in Section II, or both. If you did not, you have completed your verdict. Skip to Section VI. As you answer questions in this Section III, if your answer to any of Questions 13-15 is "no," skip the remaining questions in this section and go to Section IV.**

### ACCORD AND SATISFACTION

13. Did PerkinElmer prove that, after a dispute had arisen between Think20 and PerkinElmer with respect to the Flexar HPLC instruments, PerkinElmer and Think20 entered into an agreement for the clear and definite purpose of compromising that dispute?

___Yes ___ No

14. Did PerkinElmer prove that the value of the Altus A-30 systems was in excess of any amount PerkinElmer admitted it owed to Think20 at the time of the parties' agreement?

___Yes ___ No

15. Did PerkinElmer prove that it performed pursuant to the agreement between the parties to compromise the dispute with respect to the Flexar HPLCs?

___Yes ___ No

**Continue to Question 16 in Section IV.**

## SECTION IV

## DAMAGES

**Answer Questions 16-19 only if you have answered "yes" to all of Questions 1-6 in Section I, all of Questions 7-12 in Section II, or both. Otherwise, you have completed your verdict and should skip to Section VI.**

16. What amount of damages, if any, has Think20 proven it suffered due to any misrepresentations or omissions of material fact you have found?

$__________

17. Of the amount you found in response to Question 16, what portions of that amount is Think20 entitled to for:

A. Restitution: $__________

B. Reliance: $__________

C. Lost Value of the California lab as a going concern:

$_______

18. What amount do you find PerkinElmer received under its agreements with Think20?

$_________

19. Of the amounts you have found in response to Questions 17A and 17B, how much, if any, did PerkinElmer prove were caused by issues with the Flexar HPLC?

A. Restitution: $__________

B. Reliance: $__________

**Continue to Question 20 in Section V.**

## SECTION V

**Answer Questions 20-22 only if you have answered "yes" to all of Questions 7-12 in Section II. Otherwise, you have completed your verdict and should skip to Section VI.**

## COMPARATIVE NEGLIGENCE

20. Did PerkinElmer prove that Think20 failed to exercise reasonable care in the conduct of its business?

___Yes ___ No

21. Did PerkinElmer prove that Think20's failure to exercise reasonable care in the conduct of its business was a cause of the harm Think20 suffered?

___Yes ___ No

22. Considering PerkinElmer's failure to exercise reasonable care, as you determined in answering Question 10, and Think20's failure to exercise reasonable care, as you determined in answering Question 20, to together comprise 100%, what percentage of fault do you find PerkinElmer proved is attributable to each party? The percentages must add up to 100%.

Think20: _________%

PerkinElmer: _________%

Total: 100%

## SECTION VI

**You have completed your verdict. Please return your verdict to the Court after it has been signed and dated by the presiding juror.**

Dated: November 5, 2026

Signed: ______________
Presiding Juror