UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00541-DFM | Date: | November 19, 2026 |
| Title | Think20 Labs LLC v. PerkinElmer Health Sciences Inc. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) Order Re: Form of Judgment** |

Defendant lodged a proposed form of judgment on November 13, 2026. Plaintiff objected and lodged an alternative form on November 16, 2026. See Dkt. 300. The Court rules on the objections as follows.

Objections 1, 3, and 5 are **SUSTAINED**. The judgment will not recite the pleadings or prior proceedings, see Fed. R. Civ. P. 54(a), will not characterize the special verdict, and will provide that Plaintiff takes nothing rather than that the action is dismissed.

Objection 2 is **OVERRULED**. A judgment should be self-contained, state the relief granted, and omit facts, law, and analysis. See Pac. Emps. Ins. Co. v. Domino's Pizza, Inc., 144 F.3d 1270, 1278 (9th Cir. 1998). The judgment incorporates the special verdict (Dkt. 299) by reference, which remains part of the record. The Court expresses no view on the effect of any answer in the special verdict in any other proceeding.

Objection 4 is **SUSTAINED**. The judgment provides that costs will be taxed under Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54. Nothing in this order decides whether, or in what amount, costs should be allowed.

Objection 6 is **SUSTAINED** to the extent that the judgment does not address the parties' reserved motions under Rule 50(a) (Dkt. 279, 281) or any affirmative defense. Those motions remain subject to later decision under Rule 50(b).

The Court will enter judgment by separate document.