JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

THINK20 LABS LLC,

Plaintiff,

v.

PERKINELMER HEALTH SCIENCES INC,

Defendant.

Case No. 8:21-cv-00541-DFM

JUDGMENT

In accordance with the jury's special verdict returned November 5, 2026 (Dkt. 299), and the Court's order of November 30, 2023 (Dkt. 143), IT IS ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of Defendant PerkinElmer Health Sciences, Inc. and against Plaintiff Think20 Labs LLC on all claims in the First Amended Complaint (Dkt. 12).

2. Plaintiff shall take nothing.

3. Costs shall be taxed in accordance with Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.

Date: November 19, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge